IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ARENA IP, LLC<br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br>    Defendant | Civil Action No. 6:22-cv-00382-ADA |

## CASE READINESS STATUS REPORT

Plaintiff, Arena IP, LLC ("Arena" or "Plaintiff") and Cisco Systems, Inc. ("Cisco" or "Defendant") hereby provide the following Case Readiness Status Report in accordance with the Court's September 16, 2022 Standing Order.

### SCHEDULE

A scheduling order has not yet been filed.

### FILING AND EXTENSIONS

Plaintiff's Original Complaint for Patent Infringement (ECF No. 1) was filed on April 14, 2022. On April 26, 2022, Plaintiff filed an Unopposed Notice for Extension of Time to Answer Complaint (EFC No. 6). Plaintiff then filed an Amended Complaint (ECF No. 7) on June 15, 2022 and a Second Amended Complaint (ECF No. 8) on June 28, 2022. Plaintiff filed a Notice of Extension of Time to Answer the Second Amended Complaint (ECF No. 9) on June 29, 2022.

### RESPONSE TO THE COMPLAINT

Defendant, Cisco Systems, Inc., filed its Answer and Defenses to Plaintiff's Second Amended Complaint (ECF No. 10) on September 19, 2022.

### PENDING MOTIONS

There are not pending motions before the Court at this time.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are three other cases pending in this Judicial District that allege infringement of U.S. Patent No. 8,320,820. They are:

- *Arena IP, LLC v. AT&T Mobility, LLC*, Case No. 6:22-cv-00384-ADA. On September 22, 2022, the parties filed an Unopposed Motion to Stay All Deadlines as the parties work to settlement the matter. Dkt. 26.;

- *Arena IP, LLC v. Ericsson, Inc.*, Case No. 6:22-cv-00381-ADA; and

- *Arena IP, LLC v. Aruba Networks, LLC*, Case No. 6:22-cv-00885-DAE

Arena IP also filed a case alleging infringement of U.S. Patent No. 8,320,820 in the Eastern District of Texas. The case is styled: *Arena IP, LLC v. CommScope, Inc. of North Carolina*, Case No. 2:22-cv-00332-JRG

## IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted one patent and a total of 1 claim. The asserted patent is U.S. Patent No. 8,320,820.

## APPOINTMENT OF TECHNICAL ADVISER

The parties defer to the Court on whether to appoint a technical advisor to the case to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer conference on September 23, 2022, by e-mail.  The parties have no pre-Markman issues to raise at the CMC.

Respectfully Submitted

**Ramey, LLP**
*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for Arena IP, LLC*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of September 23, 2022, with a copy of the foregoing via e-mail.

*/s/ William P. Ramey, III*
William P. Ramey, III